Mervin GAJEWSKI, Appellant

v.

THE REVIEW COMMITTEE OF THE
SEC. OF AGRICULTURE, etc.

No. 17348.

United States Court of Appeals
Eighth Circuit.

June 10, 1963.

Mervin Gajewski, pro se.

James L. Taylor, Alexander, N. D.,
John O. Garaas, U. S. Atty., for appellee.

PER CURIAM.

Appeal dismissed for want of jurisdiction.

See also 321 F.2d 261.

Arnold E. EDENS

v.

UNITED STATES.

No. 17189.

United States Court of Appeals
Eighth Circuit.

Aug. 8, 1963.

Gus R. Camp, for appellant.

Robert D. Smith, Jr., U. S. Atty., for
appellee.

PER CURIAM.

Appeal dismissed on motion of appellee
for default and failure to prosecute.

FIDELITY & CASUALTY CO. OF N. Y.

v.

AETNA INSURANCE CO.

No. 17358.

United States Court of Appeals
Eighth Circuit.

Aug. 5, 1963.

Edwin Cassem and Harry R. Henatsch,
Omaha, Neb., for appellant.

George B. Dent, Jr., of Maupin, Dent,
Kay & Satterfield, North Platte, Neb.,
and McGinley, Lane, Mueller & Shanahan, Ogallala, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed
on motion of appellant.

Anthony J. CELEBREZZE, Secy. of
Health, Education, & Welfare

v.

Robert F. PARK.

No. 17392.

United States Court of Appeals
Eighth Circuit.

Aug. 6, 1963.

Charles M. Conway, U. S. Atty., for
appellant.

Robert E. Irwin, Russellville, Ark., for
appellee.

PER CURIAM.

Appeal from District Court dismissed
on motion of appellant, D.C., 214 F.Supp.
153.